JTM/MJM/USAO 2019R00077

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| | CRIMINAL NO. RDB-19-084 |
| v. | |
| | * (Unauthorized Reentry of a Removed |
| **JOSE ADONAY ALVARENGA, a/k/a** | * Alien After a Felony Conviction, |
| **JOSE ADONAY ALVARGENGA,** | * 8 U.S.C. §§ 1326(a) and (b)(1)) |
| **Defendant.** | *** |

### INDICTMENT

The Grand Jury for the District of Maryland charges that:

On or about December 23, 2018, in the District of Maryland, the defendant,

**JOSE ADONAY ALVARENGA, a/k/a JOSE ADONAY ALVARGENGA,**

an alien who previously had been deported and removed, after having been convicted of a felony, knowingly entered and was found in the United States of America, the said defendant having not obtained the express consent of the Attorney General of the United States or his or her successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), to reapply for admission into the United States as required by law.

8 U.S.C. §§ 1326(a) & (b)(1)

_____
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**  2/21/19
FOREPERSON                Date

1